IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NORWOOD,<br><br>             Plaintiff,<br><br>       vs.<br><br>JAMES E. TILTON, et al.,<br><br>             Defendants.<br>_____/ | 1:08-cv-00059-AWI-SMS-PC<br><br>ORDER DENYING MOTION FOR ORDER DIRECTING PRISON TO PROVIDE COPY OF TRUST ACCOUNT STATEMENT<br>(Doc. 2)<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, **OR** PAY FILING FEE<br><br>THIRTY DAY DEADLINE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. On January 14, 2008, plaintiff filed a motion for a court order directing prison officials to provide a certified copy of plaintiff's prison trust account statement in support of his application to proceed in forma pauperis. Plaintiff explains to the court that he has had difficulty obtaining this documentation at the prison.

Plaintiff is advised that it is ultimately his responsibility to follow institutional procedures or otherwise assure that the court receives the required documents or the filing fee. Therefore, plaintiff's motion shall be denied. Plaintiff is directed to show a copy of this order to the prison trust office.

1

Plaintiff shall have thirty days in which to submit a completed application to proceed in forma pauperis and a certified copy of his trust account statement, or in the alternative, to pay the $350.00 filing fee for this action. Should plaintiff experience further delays due to the prison process, he may request an extension of time from the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a court order directing prison officials to provide a certified copy of his prison trust account statement is DENIED;

2. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis;

3. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action; and

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     January 23, 2008**                    **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

2