# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD, | 1:08-cv-00059-AWI-SMS-PC |
| Plaintiff, | |
| v. | ORDER RESPONDING TO PLAINTIFF'S MOTIONS FOR SCREENING AND SERVICE (Docs. 3, 13.) |
| JAMES E. TILTON, et al., | |
| Defendants. | |

Gregory Lynn Norwood ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 14, 2008, along with a motion for the defendants in this action to be served with process. (Docs. 1, 3.) On March 24, 2008, plaintiff filed a motion for the court to screen his complaint. (Doc. 13.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending

1  before the court, and delays are inevitable despite the court's best efforts.  With respect to
2  service, the court will, *sua sponte*, direct the United States Marshal to serve the complaint only
3  after the court has screened the complaint and determined that it contains cognizable claims for
4  relief against the named defendants.
5      Plaintiff's case will be screened and served in due time.  Plaintiff can rest assured that he
6  will receive all orders issued in his case as long as he keeps the court apprised of his current
7  address.
8      Plaintiff's motions are hereby RESOLVED by this order.
9  IT IS SO ORDERED.
10 **Dated:   July 3, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

2