IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NORWOOD, | 1:08-cv-00059-AWI-SMS-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR RETURN OF EXHIBITS |
| vs. | (Doc. 12) |
| JAMES E. TILTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2008, plaintiff filed a request for the court to return his original exhibits to him instead of discarding them. (Doc. 12.)

As plaintiff is aware, the Eastern District of California is an electronic case management/filing district (CM/ECF). Local Rule 5-133(a). Attorneys must file all documents electronically, with few exceptions. Id. However, pro se litigants generally are not permitted to utilize electronic filing and must instead submit paper filings which are transformed into electronic format by the Clerk. Local Rule 5-133(b). Paper filings are ultimately discarded. Id.

Under Local Rules, the Clerk has custody of all electronic and paper files and records of the court. Local Rule 39-138(a). The Local Rules prohibit the taking of any file, record, paper, or item belonging to the files of the court from the custody of the Clerk without a special order of the court and a receipt given by the party obtaining it, describing it and the date of its receipt. Id.

1

1       Plaintiff requests that all of the original exhibits he submits to the court be returned to
2 him instead of being discarded by the Clerk after scanning.  Plaintiff maintains that he will need the
3 exhibits for trial purposes.

4       Plaintiff's request shall be denied.  Paper filings submitted to the court are not discarded
5 immediately after the Clerk scans them into electronic format.  Paper filings for a case remain part of
6 the court's official record for a time period which may extend until after the case is closed.  Therefore,
7 plaintiff's documents could easily remain in the custody of the Clerk until after the trial in this action.
8 Moreover, due to the large volume of cases and documents received at this court, individual requests for
9 return of documents are not granted without a compelling reason.  Plaintiff may obtain copies of his
10 court documents, for a fee, from the Attorney's Diversified Service (ADS) by writing to them at: 741 N.
11 Fulton Street, Fresno CA 93728, or by phoning 800‒842‒2695.[1]  Also, copies of plaintiff's exhibits may
12 be available from his Central File at the prison.

13       Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's request for return of
14 his original exhibits is DENIED.

16 IT IS SO ORDERED.

17 **Dated:   July 3, 2008**          **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that in forma pauperis status does not include the cost of copies.

2