# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES E. TILTON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00059-AWI-GBC PC<br><br>ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS<br><br>(Docs. 18, 21, 22) |

Plaintiff Gregory Lynn Norwood ("Plaintiff") is a state prisoner who is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 14, 2008 (Doc. 1.) A first amended complaint was filed on June 23, 2009. (Doc. 18.) On October 25, 2010, the Magistrate Judge screened Plaintiff's complaint, and found that it states a claim against Defendants Tilton, W. J. Sullivan, G. Schultes,[1] F. Gonzalez, M. Carrasco, J. Peterson, K. Prior, P. Matzen, D. Zanchi, G. A. Magallanes, J. Jones and Doe, Regional Director for denial of exercise in violation of the Eighth Amendment, but does not state any other claims for relief under section 1983. 28 U.S.C. § 1915A. Plaintiff was ordered to file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. (Doc. 21.) On November 8, 2010, Plaintiff filed a notice stating that he does not wish to file an amended

---

[1] The Court read the complaint as naming this defendant as S. Curtis. Upon review of the amended complaint and Plaintiff's notice filed November 8, 2010, the Court finds that the amended complaint named Defendant G. Schultes, not S. Curtis.

1

complaint and is willing to proceed only on his cognizable denial of exercise claim. (Doc. 22.) In this notice Plaintiff requests that the Court correct the name of the warden and the place that the incident occurred. Upon reviewing the amended complaint, the Court does find that Plaintiff named Defendant G. Schultes, not S. Curtis, and the incident occurred at California Correctional Institution (4A), not the California Substance Abuse Treatment Facility.

Accordingly, based on Plaintiff's notice, it is HEREBY ORDERED that:

1. The Clerk of the Court is ordered to correct the name of Defendant currently identified as S. Curtis to G. Schultes;

2. This action shall proceed against Defendants Tilton, W. J. Sullivan, G. Schultes, F. Gonzalez, M. Carrasco, J. Peterson, K. Prior, P. Matzen, D. Zanchi, G. A. Magallanes, and J. Jones[2] for denial of exercise in violation of the Eighth Amendment on the amended complaint filed on June 23, 2009;

3. All remaining claims and Defendants are dismissed from this action for failure to state a claim;

4. Defendants M. Slankard and Pennington are dismissed from this action based on Plaintiff's failure to state any claims against them; and

5. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

Dated:   December 2, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] As stated in the prior order, the United States Marshal cannot serve a Doe defendant. Plaintiff will need to file a second amended complaint once he has discovered the identity of the Regional Director.