IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES E. TILTON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:08-cv-00059 AWI GBC (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 27)<br><br>THIRTY-DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 28, 2011, defendants filed a motion to extend time to file a responsive pleading.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Defendant is granted thirty (30) days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated:     April 4, 2011                                                   _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE