UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD, | CASE NO. 1:08-cv-00059-AWI-GBC (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE |
| JAMES E. TILTON, et al., | |
| Defendants. | (ECF No. 38) |

　　Plaintiff Gregory Lynn Norwood, a state prisoner proceeding pro se and in forma pauperis, originally filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 14, 2008, and a scheduling order was issued May 6, 2011. (ECF Nos. 1 & 23.)  This action is currently in the discovery phase, and on September 21, 2011, Defendants filed a request seeking permission to depose Plaintiff by video conference.  Fed. R. Civ. P. 30(b)(4).

　　Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:　September 23, 2011

UNITED STATES MAGISTRATE JUDGE