UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES E. TILTON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00059-AWI-GBC (PC)<br><br>ORDER GRANTING DEFENDANTS'<br>REQUEST TO CONDUCT DEPOSITION<br>VIA VIDEO CONFERENCE<br><br>(ECF No. 38) |

　　Plaintiff Gregory Lynn Norwood, a state prisoner proceeding pro se and in forma pauperis, originally filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 14, 2008, and a scheduling order was issued May 6, 2011. (ECF Nos. 1 & 23.) This action is currently in the discovery phase, and on September 21, 2011, Defendants filed a request seeking permission to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

　　Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:　September 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1