# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD, | 1:08-cv-00059-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| JAMES E. TILTON, et al., | Doc. 48 |
| Defendants. | REVISED DISPOSITIVE MOTION DEADLINE: JULY 20, 2012 |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 6, 2011, the Court issued a scheduling order, establishing a discovery deadline of January 6, 2012, and a dispositive motion deadline of March 15, 2012. Doc. 32. On January 18, 2012, the Court granted Plaintiff's motion to extend the discovery deadline and also extended the dispositive motions deadline to May 25, 2012. Doc. 44. On May 23, 2012, Defendants filed a motion to modify the scheduling order and extend the dispositive motion deadline sixty days. Doc. 48.

    Defendants' motion to modify scheduling order is GRANTED. The revised dispositive motion deadline is July 20, 2012.

IT IS SO ORDERED.

Dated:   May 24, 2012

UNITED STATES MAGISTRATE JUDGE