# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES E. TILTON, et al.,<br><br>    Defendants. | 1:08cv00059 AWI DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE APPEAL NUNC PRO TUNC (Document 63)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF THIS ORDER ON NINTH CIRCUIT |

    Plaintiff Gregory Lynn Norwood, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 14, 2008.

    On December 17, 2012, the Magistrate Judge issue Findings and Recommendations to grant Defendants' Motion for Summary Judgment and dismiss the action with prejudice. Plaintiff did not file objections and on January 16, 2013, the Court adopted the Findings and Recommendations and dismissed the action.

    On March 6, 2013, Plaintiff filed objections along with a Notice of Appeal. In his objections, he indicates that did not receive the Findings and Recommendations until February 21, 2013, because they were sent to his prior place of incarceration. Plaintiff filed a notice of change of address on January 22, 2013, stating that he was transferred on December 19, 2012.

In his March 6, 2013, Notice of Appeal, Plaintiff requests that the Court accept his notice as timely.  The Court construes this as a request for extension of time pursuant to Federal Rule of Appellate Procedure 4(a)(5).

A notice of appeal must be filed within thirty days from the date of entry of judgment. Fed. R. App. P. 4(a)(1)(A).  The Court may grant an extension of time to file an appeal if the motion seeking the extension is filed no later than thirty days after the thirty-day period in Rule 4(a)(1)(A) expires, and good cause exists.  Fed. R. App. P. 4(a)(5)(A).

Plaintiff's motion was timely, and the Court finds good cause to grant it.  Fed. R. App. P. 4(a)(5)(A).  Accordingly, the motion is GRANTED NUNC PRO TUNC and Plaintiff's March 6, 2013, notice is deemed timely.  Fed. R. App. P. 4(a)(5)(C).

The Clerk of the Court SHALL serve a copy of this order on Plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **April 6, 2013**                                     /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE